1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| Darren Cornelius STANLEY, | Case Number 3-7-cv-4727-MHP |
| | Case Number 3-7-cv-5608-MHP |
| Petitioner, | |
| | <u>DEATH-PENALTY CASE</u> |
| v. | |
| | ORDER REGARDING REQUEST |
| Robert L. AYERS Jr., Warden of San Quentin State Prison, | FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION |
| Respondent. | [Docket No. 1] |

    Petitioner Darren Cornelius Stanley, having been sentenced to death by the Superior Court of California in and for the County of Alameda, has filed a request for appointment of counsel and for a stay of execution of his death sentence as well as a request to proceed in forma pauperis.

    Due to a clerical error, Petitioner's most recent filing was entered as a separate action, No. 3-7-cv-5608-MHP, rather than docketed under the correct case number, No. 3-7-cv-4727-MHP. Accordingly, and good cause therefor appearing, the clerk shall close the file in No. 3-7-cv-5608-MHP as a duplicative filing and shall docket Petitioner's incorrectly filed document under the correct case number, No. 3-7-cv-4727-MHP. All filings in these proceedings shall bear the correct case number, No. 3-7-cv-4727-MHP.

    Good cause appearing therefor, Petitioner's request to proceed in forma pauperis is

1 granted. Pursuant to Habeas Local Rule 2254-25, the request for appointment of counsel is
2 granted. This action is referred to the Court's Selection Board for the recommendation of
3 qualified counsel to represent Petitioner in these proceedings.
4      Pursuant to Habeas Local Rule 2254-24(a), Petitioner is entitled to a stay of execution
5 pending the final disposition of the proceedings in this Court. It appears from Petitioner's
6 declaration in filed in support of his request that the Supreme Court of California has entered a
7 stay of execution of Petitioner's death sentence that remains in effect. This federal Court
8 therefore will defer resolution of Petitioner's request for a stay of execution pending the
9 disposition of the stay entered by the State court. Should the stay entered by the Supreme Court
10 of California be dissolved, this Court automatically shall grant Petitioner's request for a stay and
11 automatically shall enter a stay of the execution of Petitioner's death sentence pending the final
12 disposition of the proceedings in this Court. In the event that the stay entered by the Supreme
13 Court of California is not dissolved prior to the final disposition of the proceedings in this Court,
14 Petitioner's request for a stay of execution in this Court automatically shall be denied as moot
15 upon the entrance of the judgment of this Court.
16      The Clerk immediately shall notify by telephone Respondent Robert L. Ayers Jr.,
17 Warden of San Quentin State Prison, of this order. The Clerk also shall serve certified copies of
18 this order upon Petitioner; Respondent; the clerk of the Superior Court of California in and for
19 the County of Alameda; Michael G. Millman, Esq., Executive Director of the California
20 Appellate Project; Richard L. Rubin, Esq.; Juliet B. Haley, Esq., Deputy Attorney General of the
21 State of California; and James Anderson, Esq., Office of the District Attorney of the County of
22 Alameda.

*It is so ordered.*

25 DATED: November 7, 2007

MARILYN HALL PATEL
United States District Judge

Case No. 3-7-cv-4727-MHP
ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION
(DPSAGOK)

1  Copies of Order mailed on November 7, 2007 to:

2  Darren Cornelius Stanley
   CDC # D-09338
3  San Quentin State Prison
   San Quentin, CA  94974

4
   Robert L. Ayers Jr.
5  Warden
   San Quentin State Prison
6  San Quentin, CA  94974

7  Clerk of the Alameda Superior Court
   1225 Fallon Street
8  Oakland, CA  94612

9  Michael G. Millman, Esq.
   Executive Director
10 California Appellate Project
   101 Second Street, Suite 600
11 San Francisco, CA  94105

12 Richard L. Rubin, Esq.
   4200 Park Boulevard, #249
13 Oakland, CA 94602

14 Juliet B. Haley, Esq.
   Deputy Attorney General
15 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004

16
   James Anderson, Esq.
17 Office of the District Attorney of the County of Alameda
   1225 Fallon Street, #900
18 Oakland, CA  94612

19 Habeas Corpus Resource Center
   50 Fremont Street, Suite 1800
20 San Francisco, CA  94105

21 Federal Court Docketing
   California Appellate Project
22 101 Second Street, Suite 600
   San Francisco, CA  94105

23

24

25

26

27

28

3

Case No. 3-7-cv-4727-MHP
ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION
(DPSAGOK)