# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Darren Cornelius STANLEY,<br><br>                    Petitioner,<br><br>             v.<br><br>Vince CULLEN, Acting Warden of San Quentin State Prison,<br><br>                    Respondent. | Case Number 3-7-cv-4727-MHP<br><br>DEATH-PENALTY CASE<br><br>ORDER APPOINTING COUNSEL |

Pursuant to Habeas Local Rule 2254-25 and the recommendation of the Court's Selection Board, and good cause appearing therefor, the Court hereby appoints Roger Teich, Esq., and David Nickerson, Esq., as co-counsel to represent Petitioner Darren Cornelius Stanley.

*It is so ordered.*

DATED: February 10, 2011

                                                               MARILYN HALL PATEL<br>
                                                               United States District Judge