UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN CORNELIUS STANLEY, | No. C-07-4727 EMC |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| MICHAEL MARTEL, Acting Warden of San Quentin State Prison, | **ORDER REGARDING CASE MANAGEMENT STATEMENT** |
| | **(Docket No. 24)** |
| Respondent. | |

The Court has reviewed the parties' case management statement and orders as follows:

Petitioner's motion for equitable tolling is appropriate for submission on the papers without oral argument. No hearing date shall be held on the motion.

Petitioner shall move for evidence preservation and discovery by September 22, 2011. Respondent shall file oppositions to the motions by October 7, 2011. Petitioner shall file replies by October 14, 2011. The Court will hear oral argument on the motions for evidence preservation and discovery on October 21, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 23, 2011

_____
EDWARD M. CHEN
United States District Judge