UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN CORNELIUS STANLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, Warden, San Quentin Prison<br><br>　　　　Respondent.<br>_____/ | No. C-07-4727 EMC<br><br>**DEATH PENALTY CASE**<br><br>**ORDER VACATING HEARING ON PETITIONER'S MOTION FOR DISCOVERY**<br><br>**(Docket No. 27)** |

　　Petitioner's motion for discovery (Docket No. 27) is currently set for hearing on October 24, 2011. Upon reviewing the parties' submissions, the Court determines that the matters are appropriate for resolution without oral argument, and **VACATES** the hearing. The Court will take the matters under submission and issue an order in due course.

　　IT IS SO ORDERED.

Dated: October 20, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge