ROGER I. TEICH
State Bar No. 147076
 290 Nevada Street
 San Francisco, CA  94110
 Telephone:  (415) 948-0045
 E-mail:  rteich@juno.com

DAVID A. NICKERSON
State Bar No. 111885
 32 Bridgegate Drive
 San Rafael, CA  94903
 Telephone:  (415) 507-9097
 E-mail:  nickersonlaw@comcast.net
*Attorneys for Petitioner*

KAMALA D. HARRIS
Attorney General of California
ALICE B. LUSTRE
Deputy Attorney General
MICHELE J. SWANSON
Deputy Attorney General
State Bar No. 191193
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5703
 Fax:  (415) 703-1234
 E-mail: Michele.Swanson@doj.ca.gov
*Attorneys for Respondent*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DARREN CORNELIUS STANLEY, | Case No:  C07-4727-EMC |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE: TRANSFER OF PETITIONER TO MARIN GENERAL HOSPITAL FOR BRAIN MRI** |
| KEVIN CHAPPELL, Acting Warden, San Quentin State Prison, | |
| Respondent. | |

Case No. C07-4727-EMC
Stipulation and [Proposed] Order Re: Transfer of
Petitioner to Marin General Hospital for Brain MRI

WHEREAS, on April 24, 2012, the Court directed the parties to submit a Joint Case-Management Statement addressing the structure and schedule for its determination of Petitioner's present competency to assist counsel and participate in these capital habeas corpus proceedings [Doc. No. 56];

WHEREAS, by filings dated May 8 and 15, 2012, the parties filed their Joint Case-Management Statement and replies [Docs. No. 57-59];

WHEREAS, Petitioner has placed the mental condition of Dementia due to multiple etiologies in controversy by relying upon, inter alia, the results of a 2007 brain CT scan taken at San Quentin Prison which showed evidence of irreversible degenerative changes (bifrontal encephalomalacia) in the frontal lobes of Petitioner's brain;

WHEREAS, Petitioner is informed and thereupon believes that brain MRI is a more sensitive imaging test than CT, and brain MRI may show additional smaller post-traumatic abnormalities which may be missing on CT, i.e., anterior temporal lobe abnormality or old small shear hemorrhages;

WHEREAS, Respondent reserves its rights to contest any and all of these findings, and/or their significance, if any, to the issue of Petitioner's present competency, but does not object to the issuance of a Transfer Order, provided that Petitioner shall disclose to Respondent a copy of the brain MRI if Petitioner seeks to present expert testimony based upon it in the course of these competency proceedings (Fed. R. Civ. Pro. 26(a)(2)(B)(ii));

WHEREAS, Petitioner is informed, and thereupon believes that San Quentin State Prison will transport Petitioner to Marin General Hospital to undergo a brain MRI at a date and time set by mutual convenience to both prison and hospital, only upon issuance of this

Court's Transfer Order, and Petitioner's counsel's agreement to reimburse the prison for its transportation costs;

WHEREAS, the parties agree that Respondent or the prison shall not bear any of the costs associated with the transfer or the medical testing;

NOW THEREFORE, it is hereby stipulated and agreed by and between the parties, subject to the approval of this Court that:

1.      Upon Petitioner's service of this Order, San Quentin State Prison shall arrange for the transportation of Petitioner to Marin General Hospital at a date and time set by mutual convenience to both prison and hospital, but no later than 45-days after the issuance of this Order; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        2.      Petitioner shall submit a proposed budget amendment for related fees and costs

2    under seal to the CJA Department of the Court.

3        IT IS SO STIPULATED.

4

5    Dated:  July __, 2012          By:    __/s/_____

                                       ROGER I. TEICH

6                                           DAVID NICKERSON

7                                           Attorneys for Petitioner

                                       DARREN CORNELIUS STANLEY

8

9    Dated:  July ___, 2012        By:    ___/s/_____

                                         KAMALA D. HARRIS

10                                          Attorney General of California

11                                          ALICE B. LUSTRE

                                       Deputy Attorney General

12                                          MICHELE J. SWANSON

13                                          Deputy Attorney General

                                       Attorneys for Respondent

14                                          KEVIN CHAPPELL, Acting Warden

15   IT IS SO ORDERED.

16   Dated:  __7/31/12__

17

18                                 _____

19   HONORABLE ED...

    UNITED...

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Case Name:   **Darren Cornelius Stanley v. Kevin Chappel,**          No. **C07-4727-EMC**

**Acting Warden**

I hereby certify that on <u>July 26, 2012</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER RE: TRANSFER OF PETITIONER TO MARIN GENERAL HOSPITAL FOR BRAIN MRI**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct and that this declaration was executed on <u>July 26, 2012</u>, at San Francisco, California.

_____Roger I. Teich_____            _____/s/  Roger I. Teich_____
            Declarant                                        Signature