KAMALA D. HARRIS
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
MICHELE J. SWANSON
Deputy Attorney General
State Bar No. 191193
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5703
  Fax:  (415) 703-1234
  E-mail:  Michele.Swanson@doj.ca.gov
*Attorneys for Respondent*

ROGER I. TEICH
State Bar No. 147076
  290 Nevada Street
  San Francisco, CA  94110
  Telephone:  (415) 948-0045
  E-mail:  rteich@juno.com

DAVID A. NICKERSON
State Bar No. 111885
  32 Bridgegate Drive
  San Rafael, CA  94903
  Telephone:  (415) 507-9097
  E-mail:  nickersonlaw@comcast.net
*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DARREN CORNELIUS STANLEY,** | C 07-4727 EMC |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **STIPULATION AND [PR~~OPO~~SED] ORDER RE RESPONDENT'S DISCOVERY IN CONNECTION WITH COMPETENCY DETERMINATION** |
| **KEVIN CHAPPELL, Acting Warden, California State Prison at San Quentin,** | |
| Respondent. | |

1

1   On April 23, 2012, this Court granted petitioner's motion to determine competency. On
2   May 8 and 15, 2012, the parties filed a Joint Case Management Statement and replies addressing
3   the structure and schedule for the Court's determination of petitioner's present competency to
4   assist counsel and participate in these capital habeas corpus proceedings. The Court has not yet
5   issued an order setting forth the structure and schedule for the competency determination.
6   Subject to approval by this Court, the parties hereby agree and stipulate to the following:
7   1) Pursuant to Rule 6 of the Rules Governing Section 2254 Cases, there is good cause for
8   respondent's request for production of the following documents from petitioner under Rule 34 of
9   the Federal Rules of Civil Procedure, to the extent petitioner's counsel have such documents in
10  their possession as of the date of the entry of the Order on this Stipulation:
11      a) petitioner's birth and pediatric medical and mental health records;
12      b) petitioner's school records (elementary, middle, and high schools);
13      c) petitioner's juvenile hall and California Youth Authority (CYA) records
14      (including disciplinary, medical, mental health, education, and work);
15      d) petitioner's jail records (medical/mental health only) from the period when he was
16      incarcerated during the pretrial, trial, and sentencing stages of this case;
17      e) the "medical document" of petitioner's maternal grandfather, Isaac Hayes, who
18      was diagnosed with psychosis due to epilepsy, and which was relied upon by Dr.
19      Benson in his state habeas declaration (*see* paragraph 3(e) of declaration); and,
20      f) all mental health records of petitioner's family members in petitioner's possession,
21      whether or not provided to Dr. Gregory or Dr. Hines.
22  2) Pursuant to Rule 6 of the Rules Governing Section 2254 Cases, there is good cause for
23  respondent to issue third-party subpoenas for the following documents under Rule 45 of the
24  Federal Rules of Civil Procedure:
25      a) petitioner's juvenile hall and California Youth Authority (CYA) records
26      (including disciplinary, medical, mental health, education, and work); and,
27      b) petitioner's jail records (medical/mental health only) from the period when he was
28      incarcerated during the pretrial, trial, and sentencing stages of this case.

3)  The Federal Rules of Civil Procedure will apply to respondent's request for production of documents and issuance of subpoenas.

4)  Petitioner will produce the above requested documents and/or issue objections within 30 days of the Court's order on this stipulation;

5)  Respondent's third-party subpoenas will issue within 7 days of the Court's order on this stipulation and will command production of responsive documents within 30 days of issuance of the subpoena.  Within 7 days of respondent's receipt of responsive documents, respondent will provide copies of the documents to petitioner at petitioner's expense.  Petitioner will rely upon the Federal Rules of Civil Procedure for relief if any third party fails to comply in a timely manner.

6)  Documents produced in response to respondent's discovery request and subpoenas will be covered by any protective order issued by the Court in connection with the competency determination.

7)  Petitioner reserves the right to object to the admission of any of the documents obtained pursuant to this Stipulation on the grounds that such documents are irrelevant or inconsequential to the determination of Petitioner's present competency to meaningfully assist counsel or participate in these habeas corpus proceedings.  Petitioner reserves the right the object on these same grounds to any expert opinions based upon any documents obtained pursuant to this Stipulation, or upon the non-existence or unavailability of responsive documents.

IT IS SO STIPULATED.

Dated: July 27, 2012          By:   /s/ Michele J. Swanson_____
                                    GLENN R. PRUDEN
                                    Supervising Deputy Attorney General
                                    MICHELE J. SWANSON
                                    Deputy Attorney General
                                    *Attorneys for Respondent*

Dated: July 27, 2012          By:   /s/ Roger I. Teich_____
                                    ROGER I. TEICH
                                    DAVID A. NICKERSON
                                    *Attorneys for Petitioner*

///
///

Stip. and [Proposed] Order re Resp't's Discovery in Connection with Competency Determination  (C 07-4727 EMC)

1     IT IS SO ORDERED.

2

3     Dated: __8/1/12_____     _____

4                                                    HON. EDWARD M. CHEN

5

6     SF2007402979
       20628224.doc

*(Signed and stamped: IT IS SO ORDERED / Judge Edward M. Chen — United States District Court, Northern District of California)*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Stanley v. Chappell, Acting Warden** | No. | **C 07-4727 EMC** |

I hereby certify that on <u>July 30, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER RE RESPONDENT'S DISCOVERY IN CONNECTION WITH COMPETENCY DETERMINATION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 30, 2012</u>, at San Francisco, California.

| D. Desuyo | /s/ D. Desuyo |
|:---:|:---:|
| Declarant | Signature |

20628426.doc