ROGER I. TEICH
State Bar No. 147076
 290 Nevada Street
 San Francisco, CA  94110
 Telephone:  (415) 948-0045
 E-mail:  rteich@juno.com

DAVID A. NICKERSON
State Bar No. 111885
 32 Bridgegate Drive
 San Rafael, CA  94903
 Telephone:  (415) 507-9097
 E-mail:  nickersonlaw@comcast.net
*Attorneys for Petitioner*

KAMALA D. HARRIS
Attorney General of California
ALICE B. LUSTRE
Deputy Attorney General
MICHELE J. SWANSON
Deputy Attorney General
State Bar No. 191193
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5703
 Fax:  (415) 703-1234
 E-mail: Michele.Swanson@doj.ca.gov
*Attorneys for Respondent*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DARREN CORNELIUS STANLEY, | Case No: C07-4727-EMC |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | **REVISED STIPULATION AND [PROPOSED] ORDER RE: TRANSFER OF PETITIONER FOR BRAIN MRI –SCAN TO MARIN MAGNETIC IMAGING** |
| KEVIN CHAPPELL, Acting Warden, San Quentin State Prison, | |
| Respondent. | |

WHEREAS, on July 31, 2012, the Court issued a Stipulation and Order re: Transfer of Petitioner to Marin General Hospital for Brain MRI [Doc. 64].  The transfer could not be completed as anticipated, and the parties subsequently agreed to transfer Petitioner to Marin Magnetic Imaging for the MRI instead.  However, prison policy requires that the Court order specify the exact name of the location the prisoner is to be transferred.  Accordingly, the parties enter into this revised stipulation, subject to the approval of the Court, that:

1.  Upon the filing of this Order, San Quentin State Prison shall arrange for the transportation of Petitioner to Marin Magnetic Imaging, 1260 South Eliseo Drive, Suite 101, Greenbrae, California, 94904, (415) 461-9033, at a date and time set by mutual convenience to both prison and hospital, but no later than seven (7)-days after the filing of the Order.

2.  San Quentin shall not seek reimbursement from Petitioner's counsel for any pre-security clearance visit or site-inspection tour of Marin Magnetic Imaging.  Petitioner's counsel agrees to reimburse the prison for its transportation costs.  The parties agree that, aside from any pre-security clearance or site-inspection costs, the prison or Respondent shall not bear any of the costs associated with the transfer or the medical testing.

3.  Respondent does not object to the issuance of a Transfer Order, provided that Petitioner shall disclose to Respondent a copy of the brain MRI if Petitioner seeks to present expert testimony based upon it in the course of these competency proceedings (Fed. R. Civ. Pro. 26(a)(2)(B)(ii)).  Petitioner's counsel shall have ten (10)-days after receipt of the radiologist's report and MRI brain scan to determine whether to provide such evidence to the experts, for their consideration in connection with the determination of Petitioner's competency, and such production shall be considered timely under the Court's Order Setting

Procedures for Competency Examination. (See August 29, 2012 Order at 3 ["Within fifteen days after the entry of the present Order, each party shall provide Drs. Martell and Gregory with any evidence he wishes to be included in the evaluation."]) [Doc. No. 66].

4. Marin Magnetic Imaging shall provide a copy of the radiologist's report and of Petitioner's brain MRI to Petitioner's counsel only, and not to San Quentin or its medical staff. Any custom or practice of the facility to furnish copies to San Quentin where the prisoner has been referred for treatment by the chief medical officer shall not apply in this circumstance.

IT IS SO STIPULATED.

Dated: September __, 2012         By:    /s/_____
                                  ROGER I. TEICH
                                  DAVID NICKERSON
                                  Attorneys for Petitioner
                                  DARREN CORNELIUS STANLEY

Dated: September ___, 2012        By     /s/_____
                                  KAMALA D. HARRIS
                                  Attorney General of California
                                  ALICE B. LUSTRE
                                  Deputy Attorney General
                                  MICHELE J. SWANSON
                                  Deputy Attorney General
                                  Attorneys for Respondent
                                  KEVIN CHAPPELL, Acting Warden

IT IS SO ORDERED.

2

Dated: September 20, 2012



_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

3

# CERTIFICATE OF SERVICE

Case Name:  **Darren Cornelius Stanley v. Kevin Chappel,**   No. **C07-4727-EMC**

**Acting Warden**

I hereby certify that on <u>September 19, 2012</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**REVISED STIPULATION AND [PROPOSED] ORDER RE: TRANSFER OF PETITIONER FOR BRAIN MRI-SCAN TO MARIN MAGNETIC IMAGING**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct and that this declaration was executed on <u>September 19, 2012</u>, at San Francisco, California.

    <u>  Roger I. Teich           </u>          <u>   /s/  Roger I. Teich           </u>
        Declarant                                Signature