# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DARREN CORNELIUS STANLEY,<br><br>Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, Warden,<br>San Quentin State Prison,<br><br>Respondent. | No. 3-7-CV-4727-EMC<br><br>**DEATH PENALTY CASE**<br><br>~~PROPOSED~~ **ORDER APPOINTING TIMOTHY FOLEY AS NEXT FRIEND FOR PETITIONER DARREN STANLEY**<br>(Rule 17(c) Fed.R.Civ.Pro.) |

GOOD CAUSE APPEARING, the Motion by Petitioner DARREN STANLEY to have TIMOTHY FOLEY, California State Bar No. 111558, 1017 L Street, Sacramento, California, 95814, appointed as "next friend" for Petitioner Darren Stanley pursuant to Rule 17(c) of the *Federal Rules of Civil Procedure* is Granted.  This appointment is limited to the ADR settlement proceedings ordered by the Court and any ancillary proceedings related thereto including clemency, reprieve, or related proceedings that may take place as part of the settlement proceedings.

DATED: November 6, 2013

IT IS SO ORDERED

Judge Edward M. Chen