IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DARREN CORNELIUS STANLEY,**

Petitioner,

v.

**KEVIN CHAPPELL, Warden, California State Prison at San Quentin,**

Respondent.

Case No. C 07-4727 EMC

**DEATH PENALTY CASE**

[~~PROP~~OSED] ORDER

GOOD CAUSE being shown, the Court hereby continues the Case Management Conference currently scheduled for February 13, 2014. ~~The Court shall defer setting a new date for the Case Management Conference until the agreed-upon ADR process is concluded. The currently in-effect stay shall continue until it is modified or lifted by further Order of this Court~~ to June 19, 2014 at 10:30 a.m., subject to change upon stipulation or further order. An updated joint CMC Statement shall be filed by June 12, 2014.

Dated: 2/6/14

The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

[Proposed] Order (C 07-4727 EMC)

# CERTIFICATE OF SERVICE

Case Name:   **Stanley v. Chappell, Warden**          No.   **C 07-4727 EMC**

I hereby certify that on February 6, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 6, 2014, at San Francisco, California.

|  D. Desuyo  |  /s/  D. Desuyo  |
|:---:|:---:|
| Declarant | Signature |

40886975.doc