ROGER I. TEICH
State Bar No. 147076
 290 Nevada Street
 San Francisco, CA 94110
 Telephone: (415) 948-0045
 E-mail: rteich@juno.com

DAVID A. NICKERSON
State Bar No. 111885
 32 Bridgegate Drive
 San Rafael, CA 94903
 Telephone: (415) 507-9097
 E-mail: nickersonlaw@comcast.net
*Attorneys for Petitioner*

KAMALA D. HARRIS
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
MICHELE J. SWANSON
Deputy Attorney General
State Bar No. 191193
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5703
 Fax: (415) 703-1234
 E-mail: Michele.Swanson@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DARREN CORNELIUS STANLEY,** | 3-7-cv-4727 EMC [LB] |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER (Civil L.R. 6-2, 7-12)** |
| **KEVIN CHAPPELL, Warden, California State Prison at San Quentin,** | |
| Respondent. | |

1

Stipulation re Case Mgmt. Conf. Date; [Proposed] Order (Civil L.R. 6-2, 7-12)
*Stanley v. Chappell, Warden* (3-7-cv-4727-EMC [LB])

1. **ADR STATUS**

At petitioner's request, Magistrate Judge Beeler has scheduled an in-person settlement conference for Monday, September 8, 2014. The parties shall update the Court on the status of ADR in their Case Management Conference ("CMC") Statements to be filed by September 11, 2014.

2. **CASE MANAGEMENT CONFERENCE DATE**

By Orders of this Court, twice pursuant to stipulation by the parties, the CMC has been continued over ten months. See Doc 118 at 3 [November 14, 2013 to February 13, 2014]; Doc. 129 [February 13 to June 19, 2014]; Doc. 140 at 2 [June 19 to August 14, 2014]; Doc. 146 [August 14 to September 18, 2014]. The CMC is currently set for September 18, 2014, with CMC Statements due by September 11, 2014 [Doc. 146].

The parties stipulate to continue the CMC from September 18, 2014 to October 9, 2014, at 10:30 a.m., to accommodate Roger I. Teich, co-counsel for petitioner, who will be out-of-town for the September 17 premiere of his film at Lincoln Center, New York City. Mr. Teich has cleared the October 9, 2014 date with the Court's clerk. (Teich Dec. ¶2).

The parties concur that their CMC Statements should be filed by September 11, 2014.

IT IS SO STIPULATED.

Dated: 09/02/2014  By: ___/s/_____
GLENN R. PRUDEN
Supervising Deputy Attorney General
MICHELE J. SWANSON
Deputy Attorney General
*Attorneys for Respondent*

Dated: 09/02/2014  By: ___/s/_____
ROGER I. TEICH
DAVID A. NICKERSON
*Attorneys for Petitioner*

/ / /

2

Stipulation re Case Mgmt. Conf. Date; [Proposed] Order (Civil L.R. 6-2, 7-12)
*Stanley v. Chappell, Warden* (3-7-cv-4727-EMC [LB])

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN:**

The CMC currently scheduled for September 18, 2014 shall be continued to October 9, 2014, at 10:30 a.m., in Courtroom 5, 17th Floor.

The parties shall file CMC Statements by ~~September 1~~1, 2014. [handwritten: October 2,]

IT IS SO ORDERED.

Dated: 9/8/14

_____
HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

3

Stipulation re Case Mgmt. Conf. Date; [Proposed] Order (Civil L.R. 6-2, 7-12)
*Stanley v. Chappell, Warden* (3-7-cv-4727-EMC [LB])