**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**CIVIL MINUTES ORDER**

**Date:**             December 9, 2014

**Case No. and Name:**    C07-4727 EMC and related Case C14-4108 EMC
                          Stanley v. Chappell

**ORDER:**

IT IS SO ORDERED that the Court will hold an ex parte in camera hearing with Petitioner's counsel at 1:15 p.m. on 12/18/14.