| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>GLENN R. PRUDEN<br>Supervising Deputy Attorney General<br>MICHELE J. SWANSON<br>Deputy Attorney General<br>State Bar No. 191193<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-5703<br>  Fax: (415) 703-1234<br>  E-mail: Michele.Swanson@doj.ca.gov<br>*Attorneys for Respondent* | ROGER I. TEICH<br>State Bar No. 147076<br>  290 Nevada Street<br>  San Francisco, CA 94110<br>  Telephone: (415) 948-0045<br>  E-mail: rteich@juno.com<br><br>DAVID A. NICKERSON<br>State Bar No. 111885<br>  32 Bridgegate Drive<br>  San Rafael, CA 94903<br>  Telephone: (415) 507-9097<br>  E-mail: nickersonlaw@comcast.net<br>*Attorneys for Petitioner* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DARREN CORNELIUS STANLEY,**<br><br>                    Petitioner,<br><br>v.<br><br>**RON DAVIS, Warden, California State Prison at San Quentin,**<br><br>                    Respondent. | C 07-4727 EMC [Related to C 14-4108 EMC]<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATION TO LIFT PROTECTIVE ORDER AND [PR~~OPOS~~ED] ORDER (Civil L.R. 7-12)** |

    On March 25, 2015, in its "Order re Determination of Competency for Execution," this Court noted that "[t]he protective order incorporated within the Court's Order of August 29, 2013 remains in place." Doc. 168 at 3 (citing Doc. 66 at 2). On December 3, 2015, the parties met and conferred about petitioner's competency for execution and an appropriate course of action. *See* Doc. 168 at 5. During the meet and confer, the parties agreed that "'the protective order issued in connection with these competency proceedings should be lifted, and all [] filings should be unsealed.'" Doc. 106 at 1-2 & n.2. Accordingly, subject to approval by this Court, the parties hereby agree and stipulate to the following:

1. That the Court's protective order be lifted, and that the parties file in the public record their upcoming Joint Case Management Statement, expert reports, and recordings of Dr. Hines's and Dr. Martell's supplemental examinations of petitioner.

IT IS SO STIPULATED.

Dated: December 3, 2015          By: /s/ Michele J. Swanson
                                 MICHELE J. SWANSON
                                 Deputy Attorney General
                                 *Attorney for Respondent*

Dated: December 3, 2015          By: /s/ Roger I. Teich
                                 ROGER I. TEICH
                                 *Attorney for Petitioner*

///

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: december 7, 2015          _____
                                 HONORABLE EDWARD M. CHEN
                                 United States District Judge

SF2007402979
20793298.doc

IT IS SO ORDERED
Judge Edward M. Chen

2

# CERTIFICATE OF SERVICE

Case Name:   **Stanley v. Davis, Warden**          No.   C 07-4727 EMC

I hereby certify that on December 3, 2015, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO LIFT PROTECTIVE ORDER AND [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 3, 2015, at San Francisco, California.

|             D. Desuyo             |         /s/  D. Desuyo          |
|:---------------------------------:|:-------------------------------:|
|             Declarant             |            Signature            |

SF2007402979
20793453.doc