OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** December 17, 2015     **FTR Time:** 10:42-11:22     **Judge:** EDWARD M. CHEN

**Case No.:** 07-cv-4727 EMC and related case C14-4108 EMC     **Case Name:** Stanley v. Chappell

**Attorney for Plaintiff:** Roger Teich and David Nickerson
**Attorney for Defendant:** Glenn Pruden and Michele Swanson for Martel, et al.
Alice Lustre for Cullen

**Deputy Clerk:** Betty Lee     **Court Reporter:** N/A

PROCEEDINGS

FURTHER CMC

SUMMARY

As stated on the record, the Court intends to lift the stay so that a finalized petition may be filed and this matter may proceed. Within seven days of the date of this Order, the parties shall meet and confer and submit a joint statement confirming the days remaining for Petitioner to file a finalized petition once the stay is lifted. The parties may briefly address any other issues (such as the approval of a Phase II budget) they deem relevant. After receipt of the joint statement, the Court will issue a further case management order.

Court to issue order.