1
2
3
4
5
6
7                     IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10

**United States District Court**
For the Northern District of California

11    DARREN CORNELIUS STANLEY,                    Case No.  C07-4727 EMC
                                                   (and related Case No. C14-4108
12                        Petitioner,              EMC)

13          v.
                                                   CASE MANAGEMENT ORDER
14
                                                   **<u>DEATH PENALTY CASE</u>**
15    RON DAVIS, Warden of California State
      Prison at San Quentin,

16
                          Respondent.
17

18

19          On November 28, 2011, the Court issued a stay of this matter in order to examine issues

20    related to Petitioner's competency under *Rohan v. Woodford*, 334 F. 3d 803, 817 (9th Cir. 2003).

21    (Doc. No. 39.)  On July 26, 2013, the stay was partially lifted in order to examine issues related to

22    Petitioner's competency under *Ford v. Wainwright*, 477 U.S. 399 (1986), and to refer the case to

23    ADR.  In addition, Petitioner's Third Motion for Equitable Tolling was denied without prejudice.

24    (Doc. No. 106.)

25          As indicated during the case management conference of December 17, 2015, the Court

26    intends to lift the stay so that a finalized petition may be filed and this matter may proceed.  Within

27    seven days of the date of this Order, the parties shall meet and confer and submit a joint statement

28    confirming the days remaining for Petitioner to file a finalized petition once the stay is lifted.  The

parties may briefly address any other issues (such as the approval of a Phase II budget) they deem

relevant.  After receipt of the joint statement, the Court will issue a further case management order.


      IT IS SO ORDERED.

Dated:   December 18, 2015



EDWARD M. CHEN
United States District Judge