| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>GLENN R. PRUDEN<br>Supervising Deputy Attorney General<br>MICHELE J. SWANSON<br>Deputy Attorney General<br>State Bar No. 191193<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5703<br>  Fax:  (415) 703-1234<br>  E-mail:  Michele.Swanson@doj.ca.gov<br>*Attorneys for Respondent* | ROGER I. TEICH<br>State Bar No. 147076<br>  290 Nevada Street<br>  San Francisco, CA  94110<br>  Telephone:  (415) 948-0045<br>  E-mail:  rteich@juno.com<br><br>DAVID A. NICKERSON<br>State Bar No. 111885<br>  32 Bridgegate Drive<br>  San Rafael, CA  94903<br>  Telephone:  (415) 507-9097<br>  E-mail:  nickersonlaw@comcast.net<br>*Attorneys for Petitioner* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DARREN CORNELIUS STANLEY,**<br><br>                        Petitioner,<br><br>v.<br><br>**RON DAVIS, Warden, California State Prison at San Quentin,**<br><br>                        Respondent. | C 07-4727 EMC [Related to C 14-4108 EMC]<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

## JOINT STATEMENT

On December 17, 2015, this Court held a case management conference, during which it stated its intention "to lift the stay so that a finalized petition may be filed and this matter may proceed." Doc. 183; Doc. 184 at 1.  On December 18, 2015, the Court gave the parties seven days to "meet and confer and submit a joint statement confirming the days remaining for Petitioner to file a finalized petition once the stay is lifted," and "briefly address any other issues (such as the approval of a Phase II budget) they deem relevant."  Doc. 183; Doc. 184 at 1-2.  On December 21, 2015, the Court set this matter for a further case management conference on February 4, 2016, with a joint case management statement due on January 28, 2016.  Doc. 185.

1

On December 28, 2015, the parties filed a joint statement in response to the Court's December 18, 2015 order. Doc. 188. The parties confirmed that there were 127 "days remaining for Petitioner to file a finalized petition once the stay is lifted." Doc. 188 at 2-3; *see* Doc. 183; Doc. 184 at 1. Petitioner asserted he would "submit a revised Phase II budget proposal on or before January 19, 2016," and requested "that the Court not lift the stay until a Phase II budget is approved." Doc. 188 at 2. Petitioner also stated his intention to "file a fourth motion for equitable tolling prior to the approval of a budget and prior [to] January 28, 2016, the due date for the Case Management Statement." Doc. 188 at 3. Respondent asserted that, "Given the completion of the *Gates* and *Ford* proceedings, there is no longer a legal basis for continuing the stay in this case." Doc. 188 at 2. Respondent urged the Court to reject "petitioner's contention that the stay should not be lifted until" approval of a Phase II budget, asserting that the question of "[w]hether federal habeas counsel is entitled to additional time to file a finalized petition for this asserted reason is more appropriately addressed in a motion for equitable tolling." 188 at 2.

On January 4, 2016, the Court re-set the further case management conference for February 9, 2016, with a joint case management statement due by February 2, 2016. Doc. 189.

On January 25, 2016, petitioner filed a fourth motion for equitable tolling, and captioned a hearing date for March 3, 2016. Doc. 190. The motion is currently calendared for March 4, 2016. Petitioner also moved to file under seal a declaration of counsel in support of his motion for equitable tolling. Doc. 191. On January 29, 2016, respondent filed an opposition to the motion to file counsel's declaration under seal. Doc. 192. Respondent's opposition to the motion for equitable tolling is due on February 8, 2016. *See* Civil L.R. 7-3.

| | | |
|---|---|---|
| 1 | Dated:  February 2, 2016 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | GLENN R. PRUDEN<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | /s/ Michele J. Swanson<br>MICHELE J. SWANSON<br>Deputy Attorney General |
| 7 | | *Attorneys for Respondent* |
| 8 | | |
| 9 | Dated:  February 2, 2016 | Respectfully submitted, |
| 11 | | /s/ Roger I. Teich<br>ROGER I. TEICH<br>DAVID A. NICKERSON |
| 12 | | *Attorneys for Petitioner* |
| 14 | SF2007402979<br>20810958.doc | |

# CERTIFICATE OF SERVICE

Case Name:   **Stanley v. Davis, Warden**        No.   C 07-4727 EMC

I hereby certify that on <u>February 2, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT CASE MANAGEMENT STATEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 2, 2016</u>, at San Francisco, California.

|                  |                      |
|:----------------:|:--------------------:|
| D. Desuyo        | /s/ D. Desuyo        |
| Declarant        | Signature            |

SF2007402979
20813327.doc