UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN CORNELIUS STANLEY, | No. C-07-4727 EMC |
| Petitioner, | |
| v. | **DEATH PENALTY CASE** |
| RON DAVIS, Warden of San Quentin State Prison, | **ORDER VACATING PROTECTIVE ORDER** |
| Respondent. | **(Docket Nos. 199, 201)** |

Petitioner has filed a motion to vacate the protective order currently in place in this matter. *See* Docket No. 48. Respondent does not object to the protective order being vacated based on Petitioner's express waiver of privilege, and Petitioner has agreed that waiver of privilege "is a sufficient basis for the Court to vacate the protective order." *See* Petitioner's Reply Re Motion to Vacate Protective Order at 1.

For good cause shown, and because Petitioner may and does waive privilege, the Court hereby **GRANTS** Petitioner's motion. *See*, *e.g.*, *Osband v. Woodford*, 290 F.3d 1036, 1039 (9th Cir. 2002). The protective order currently in place is **VACATED**. Furthermore, Respondent's motion to

///
///
///
///
///

strike Petitioner's redacted declaration (Docket No. 199) is **DENIED AS MOOT**. Petitioner shall publicly file his unredacted declaration on or before March 8, 2016.

This order disposes of Docket Nos. 199 and 201.

IT IS SO ORDERED.

Dated: March 4, 2016

_____
EDWARD M. CHEN
United States District Judge