IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARREN CORNELIUS STANLEY, | ) | No. C-07-4727 EMC |
| Petitioner, | ) ) ) | DEATH PENALTY CASE |
| vs. | ) ) | [Proposed] ORDER TERMINATING NEXT FRIEND APPOINTMENT. |
| KEVIN CHAPPELL, WARDEN of the California State Prison at San Quentin, | ) ) ) | |
| Respondent. | ) | |

Good cause appearing, the appointment of Timothy Foley as Next Friend for Petitioner Darren Stanley pursuant to Rule 17(c) of the Federal Rules of Civil Procedure (see Doc. No. 121) is hereby terminated. The termination of this appointment is without prejudice to the appointment of an appropriate Next Friend or Guardian in the future should circumstances warrant.

Dated: __March 16__, 2016

_____
The Hon. Edward M. Chen

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California*