| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>GLENN R. PRUDEN<br>Supervising Deputy Attorney General<br>MICHELE J. SWANSON<br>Deputy Attorney General<br>State Bar No. 191193<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5703<br>  Fax:  (415) 703-1234<br>  E-mail:  Michele.Swanson@doj.ca.gov<br>*Attorneys for Respondent* | ROGER I. TEICH<br>State Bar No. 147076<br>  290 Nevada Street<br>  San Francisco, CA  94110<br>  Telephone: (415) 948-0045<br>  E-mail:  rteich@juno.com<br><br>DAVID A. NICKERSON<br>State Bar No. 111885<br>  32 Bridgegate Drive<br>  San Rafael, CA  94903<br>  Telephone: (415) 507-9097<br>  E-mail:  nickersonlaw@comcast.net<br>*Attorneys for Petitioner* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DARREN CORNELIUS STANLEY,**<br><br>                              Petitioner,<br><br>            v.<br><br>**RON DAVIS, Warden, California State Prison at San Quentin,**<br><br>                              Respondent. | C 07-4727 EMC [Related to C 14-4108 EMC]<br><br>**DEATH PENALTY CASE**<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

## JOINT STATEMENT

The parties provide this joint summary of pending motions and upcoming deadlines in this case:

**A. PENDING MOTIONS**

The following motions are pending in this case as of July 20, 2016, and will be decided on the papers:

1. Petitioner's Motion to Compel District Attorney and Police Personnel Records, and for Leave to Subpoena Jury Selection Materials, and Serve Interrogatory, filed on July 1, 2016.  Doc.

225. Oppositions by respondent and the District Attorney were filed on July 15, 2016. Docs. 233, 234. Petitioner's reply, if any, is due on July 22, 2016.

2. Petitioner's Motion for an Equitable Remedy, filed on July 1, 2016. Doc. 226. Respondent's opposition is due on August 11, 2016. Petitioner's reply, if any, is due on August 18, 2016.

3. Petitioner's Motion for Default Sanction for <u>Batson</u> Litigation Misconduct, filed on July 1, 2016. Doc. 228. Respondent's opposition is due on August 11, 2016. Petitioner's reply, if any, is due on August 18, 2016.

4. Petitioner's Administrative Motion for 30-Day Equitable Tolling of Petition Filing-Date, filed on July 14, 2016. Doc. 232. Respondent's opposition was filed on July 18, 2016. Doc. 237.

**B. <u>UPCOMING DEADLINES</u>**

Equitable tolling for petitioner's finalized petition ends on October 13, 2016. *See* Doc. 214.

Dated: July 21, 2016                     Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General


**/s/ Michele J. Swanson**
MICHELE J. SWANSON
Deputy Attorney General
*Attorneys for Respondent*


Dated: July 21, 2016                     Respectfully submitted,


**/s/ Roger I. Teich**
ROGER I. TEICH
DAVID A. NICKERSON
*Attorneys for Petitioner*

# CERTIFICATE OF SERVICE

Case Name:   <u>**Stanley v. Davis, Warden**</u>      No.   <u>**C 07-4727 EMC**</u>

I hereby certify that on <u>July 21, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT CASE MANAGEMENT STATEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 21, 2016</u>, at San Francisco, California.

|  |  |
|---|---|
| D. Desuyo | /s/  D. Desuyo |
| Declarant | Signature |

SF2007402979
20877355.doc