Roger I. Teich
State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone: (415) 948-0045
E-mail: rteich@juno.com

David A. Nickerson
State Bar No. 111885
32 Bridgegate Drive
San Rafael, CA 94903
Telephone: (415) 507-9097
E-mail: nickersonlaw@comcast.net

*Attorneys for Petitioner*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISO DIVISION

| | |
|---|---|
| DARREN CORNELIUS STANLEY,<br><br>    Petitioner,<br><br>vs.<br><br>RON DAVIS, Warden, California State Prison at San Quentin,<br><br>    Respondent.<br>_____ | Case No: C07-4727 EMC<br>[Related to: C14-4108EMC]<br><br>**DEATH PENALTY CASE** |

# PETITIONER'S NOTICE OF MANUAL FILING

# OF DOC 228 EXHIBIT "B"

# [ORAL ARGUMENT CD]

1  The following exhibit in CD-format is lodged with the Court in support of Petitioner Darren Cornelius Stanley's June 30, 2016 Motion for Default Sanction for <u>Batson</u> Litigation Misconduct [Doc. 228], consideration of which the Court has deferred pending the filing of Petitioner's finalized petition for writ of habeas corpus. Respondent was previously provided a copy of the exhibit.

<u>Pet's Exhibit B</u> - CD of May 30, 2006 oral argument in <u>People v. Stanley (Darren)</u>, S022224, before the California Supreme Court.

Dated:  July 28, 2016

_____/s/_____
Roger I. Teich

**CERTIFICATE OF SERVICE**

Case Name:  **Stanley v. Davis, Warden**             No.  **C-07-4727 EMC**

I hereby certify that on July 28, 2016, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**PETITIONER'S NOTICE OF MANUAL FILING OF DOC 228 EXHIBIT "B" [ORAL ARGUMENT CD]**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.  I declare under penalty of perjury under the laws of the United States the foregoing is true and correct and that this declaration was executed on July 28, 2016, at San Francisco, California.

    Roger I. Teich_____                          \_\_/s/  Roger I. Teich _____
      Declarant                                                                  Signature