KAMALA D. HARRIS
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
MICHELE J. SWANSON
Deputy Attorney General
State Bar No. 191193
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5703
  Fax:  (415) 703-1234
  E-mail:  Michele.Swanson@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DARREN CORNELIUS STANLEY,** | C 07-4727 EMC [Related to C 14-4108 EMC] |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **STIPULATION AND [P~~ROPOS~~ED] ORDER CHANGING TIME** |
| **RON DAVIS, Warden, California State Prison at San Quentin,** | |
| Respondent. | |

    Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to the following modification of the presumptive schedule for considering the finalized petition under Habeas Local Rule 2254-29(a)-(c):

    **November 29, 2016**: the parties will meet and confer regarding exhaustion pursuant to Habeas Local Rule 2254-29(b);

    **December 13, 2016**: assuming the parties cannot resolve the issues through meet and confer, respondent will file a joint statement and motion regarding exhaustion pursuant to Habeas Local Rule 2254-29(c);

    **January 17, 2017**: petitioner will file an opposition to the motion regarding exhaustion;

1

1  **January 24, 2017**: respondent will file a reply to the opposition to the motion regarding exhaustion; and,

3  **February 7, 2017, at 2:30 p.m.**: the Court will conduct a hearing on the motion regarding exhaustion.

**IT IS SO STIPULATED.**

Dated:  November 18, 2016                                Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General


/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
*Attorneys for Respondent*


Dated:  November 18, 2016                                Respectfully submitted,


/s/ Roger I. Teich
ROGER I. TEICH
DAVID A. NICKERSON
*Attorneys for Petitioner*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 21, 2016  _____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

SF2007402979
20916404.doc

# CERTIFICATE OF SERVICE

Case Name:   **Stanley v. Davis, Warden**              No.   C 07-4727 EMC

I hereby certify that on November 18, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER CHANGING TIME; DECLARATION OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 18, 2016, at San Francisco, California.

|              D. Desuyo              |         /s/  D. Desuyo          |
|:-----------------------------------:|:-------------------------------:|
|              Declarant              |            Signature            |

SF2007402979
20916812.doc