| | |
|---|---|
| Xavier Becerra<br>Attorney General of California<br>Glenn R. Pruden<br>Supervising Deputy Attorney General<br>Michele J. Swanson<br>Deputy Attorney General<br>State Bar No. 191193<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5703<br>  Fax:  (415) 703-1234<br>  E-mail:  Michele.Swanson@doj.ca.gov<br>*Attorneys for Respondent* | Roger I. Teich<br>State Bar No. 147076<br>  290 Nevada Street<br>  San Francisco, CA  94110<br>  Telephone:  (415) 948-0045<br>  E-mail:  rteich@juno.com<br><br>David A. Nickerson<br>State Bar No. 111885<br>  32 Bridgegate Drive<br>  San Rafael, CA  94903<br>  Telephone:  (415) 507-9097<br>  E-mail:  nickersonlaw@comcast.net<br>  *Attorneys for Petitioner* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DARREN CORNELIUS STANLEY,**<br><br>Petitioner,<br><br>v.<br><br>**RON DAVIS, Warden, California State Prison at San Quentin,**<br><br>Respondent. | C 07-4727 EMC [Related to C 14-4108 EMC]<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING ON PENDING MOTIONS** |

Whereas, the Court recently reset the hearing on Respondent's motion to dismiss finalized petition for writ of habeas corpus for failure to exhaust state court remedies (Doc. 260), Petitioner's renewed motion for equitable remedy (Docs. 226, 262), and Petitioner's renewed motion for sanctions (Docs. 228, 262), from February 7, 2017 to February 14, 2017, at 2:30 p.m. Doc. 264.

Whereas, Respondent's oppositions to Petitioner's motions are currently due by February 1, 2017, and Petitioner's replies are due two days later, by February 3, 2017.  Doc. 262.

Whereas, in light of the vacated February 7 hearing date, Petitioner's counsel wish to be afforded the usual seven days to file their replies under Civil Local Rule 7-3(c).

1

Stipulation re Briefing Schedule; [Proposed] Order (Civil L.R. 6-2, 7-12)
*Stanley v. Chappell, Warden*  (3-7-cv-4727-EMC)

1   Whereas, Petitioner's counsel will be out of town during the weeks of February 13-27,
2   2017.
3   Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to this revised
4   briefing schedule and hearing for the pending motions:
5   **February 8, 2017**: Petitioner's reply briefs to Respondent's oppositions to Petitioner's
6   renewed motions shall be due, and,
7   **February 28, 2017 at 2:30 p.m.**: Court hearing on the pending motions.
8   **IT IS SO STIPULATED.**

9   Dated: January 30, 2017                    Respectfully submitted,

                                               XAVIER BECERRA
                                               Attorney General of California
                                               GLENN R. PRUDEN
                                               Supervising Deputy Attorney General


                                                /s/_____
                                               MICHELE J. SWANSON
                                               Deputy Attorney General
                                               *Attorneys for Respondent*


17  Dated: January 30, 2017                    Respectfully submitted,


                                                /s/_____
                                               ROGER I. TEICH
                                               DAVID A. NICKERSON
                                               *Attorneys for Petitioner*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

                February 2, 2017
Dated: _____          _____
                                               EDWARD M. CHEN
                                               United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen* (seal: United States District Court, Northern District of California)

2

Stipulation re Briefing Schedule; [Proposed] Order (Civil L.R. 6-2, 7-12)
*Stanley v. Chappell, Warden* (3-7-cv-4727-EMC)